

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2025

No. 04-25-00403-CV

Jasreal **RUIZ** and Yajaira E. Ruiz,
Appellants

v.

**PERRY HOMES, LLC**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2025CI01486
Honorable Tina Torres, Judge Presiding

**ORDER**

Sitting:      Adrian A. Spears II, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. Further, upon appellants' request, this court has construed this interlocutory appeal as a petition for writ of mandamus. After considering the appellants' response, the appellate record, and the law, this court has determined that the relators are not entitled to the relief sought. Therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 26, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court